In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00163-CV


____________________



THOMAS C. BORUCH, Appellant



V.



BRIAN GROVES, Appellee






On Appeal from the 9th District Court 


Montgomery County, Texas


Trial Cause No. 07-11-11167-CV






MEMORANDUM OPINION


 Thomas C. Boruch filed notice of appeal but failed to file a brief. On August 3, 2009,
we notified the parties that the brief had not been filed and warned that failure to file a brief
could result in a dismissal of the appeal for want of prosecution. Boruch did not request
additional time and failed to file a brief. On September 24, 2009, we notified the parties that
the appeal would be submitted to the court without oral argument. See Tex. R. App. P. 39.8.
In the absence of a brief assigning error for appellate review, we dismiss the appeal for want
of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b).

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered October 1, 2009


Before Gaultney, Kreger, and Horton, JJ.